# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RUDY E. MCWASHINGTON,

                Plaintiff,

v.

BRADLEY J. JANSEN, WENDY LEMKE, and BRYANT DORSEY,

                Defendants.

Case No. 17-CV-492-JPS

**ORDER**

On October 11, 2017, the Court received the plaintiff's notice of voluntary dismissal of this action. (Docket #10). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #10) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 16th day of October, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge